UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JASON THOMAS,<br><br>    Petitioner,<br><br>  v.<br><br>EXECUTIVE DIRECTOR, ASH,<br><br>    Respondent. | No. CV 12-06698-GW(VBK)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

    On August 3, 2012, Jason Thomas (hereinafter referred to as "Petitioner") filed a "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" in the United States District Court for the Central District of California.

    On August 8, 2012, the Court issued a Report and Recommendation of United States Magistrate Judge recommending that the Petition be dismissed without prejudice. (<u>See</u> Docket Nos. 3, 4.)

    On August 10, 2012, the Report and Recommendation was returned to the Court. The Court was informed that Petitioner is no longer at that address. (See, "Undeliverable as addressed; Return to Sender." (Docket No. 5.)

1

Central District Local Rule 41-6 provides:

"DISMISSAL - FAILURE OF PRO SE PLAINTIFF TO KEEP COURT APPRISED OF CURRENT ADDRESS - A party appearing pro se shall keep the Court apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a pro se Plaintiff's address of record is returned undelivered by the Post Office, and if within fifteen (15) days of the service date, such Plaintiff fails to notify, in writing, the Court and opposing parties of said Plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Within 15 days of the date of this Order, Petitioner will notify the Court of his current address, and, if applicable, telephone number. Petitioner is advised that if he fails to apprise the Court of his current address, the Court will issue an Amended Report and Recommendation of United States Magistrate Judge recommending the action be dismissed with prejudice for want of prosecution.

DATED: August 29, 2012             /s/
                                   VICTOR B. KENTON
                                   UNITED STATES MAGISTRATE JUDGE