JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JASON THOMAS, | No. CV 12-06698-GW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| EXECUTIVE DIRECTOR, ASH, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: November 12, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE